1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEDRIC D. JACKSON,

        Plaintiff,

        v.

STATE OF WASHINGTON
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *et al.*,

        Defendants.

Case No. C22-1526RSM

ORDER GRANTING MOTION FOR
EXTENSION OF TIME

       This matter comes before the Court on Defendants State of Washington Department of Social and Health Services, Child Protective Services (CPS) and Ashley A. Earls-Lee's Motion for Extension of Time to File First Responsive Pleading.  Dkt. #8.

       Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds good cause to allow the additional time and ORDERS that Defendants' Motion, Dkt. #8, is GRANTED.  Defendants are granted a 60-day extension of the original deadline to file an answer or otherwise respond to Plaintiff's Complaint.

       DATED this 28th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1